UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MICHAEL NEWMAN,<br><br>          Plaintiff,<br><br>   v.<br><br>LARRY BOWLES, et al.,<br><br>          Defendants. | CASE NO. CV 07-2950-DSF (PJW)<br><br>ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of United States Magistrate Judge and has considered *de novo* the portions of the Report as to which objections have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

DATED: 7-24-08 .

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-Civil Rights\NEWMAN, J 2950\Order accep r&r.wpd