*FILED - CLERK, U.S. DISTRICT COURT - JUL 28 2008 - CENTRAL DISTRICT OF CALIFORNIA - BY ___ DEPUTY*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MICHAEL NEWMAN,<br><br>         Plaintiff,<br><br>    v.<br><br>LARRY BOWLES, et al.,<br><br>         Defendants. | Case No. CV 07-2950-DSF (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: __7-24-08__.


_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-Civil Rights\NEWMAN, J 2950\Judgment.wpd