UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MICHAEL NEWMAN, | ) Case No. CV 07-2950-DSF (PJW) |
| Plaintiff, | ) |
| | ) J U D G M E N T |
| v. | ) |
| LARRY BOWLES, et al., | ) |
| Defendants. | ) |

    For the reasons set forth in the order issued herewith,

    IT IS HEREBY ADJUDGED that the action is dismissed without prejudice.

    DATED: October 14, 2009

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

C:\Documents and Settings\dplato\Desktop\7-2950-J.wpd